# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| 40 ACRES & 1 MULE, LLC, and GO SCORE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NETWORK SOLUTIONS, LLC and WEB.COM GROUP, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. _____ ) ) ) ) ) ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the defendants, Network Solutions, LLC ("NetSol") and Web.com Group, Inc. ("Web.com"), hereby remove to this Court the action originally filed in the Superior Court, Judicial District of New Britain, Connecticut (the "State Court"). The grounds for this removal are as follows:

## JURISDICTION

1.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, in that the pleadings in the State Court contain claims arising under the laws of the United States, to wit, the Civil Rights Act of 1991, 42 U.S.C. §§ 1981 and 1982. This Court has jurisdiction over the remaining state law claim under principles of supplemental and pendent party jurisdiction, and/or pursuant to 28 U.S.C. § 1441(c).

2. A true and correct copy of the documents comprising the entirety of the process, pleadings, and orders served on NetSol and Web.com to date in the State Court action are attached hereto as *Exhibit A*.

## TIMELY REMOVAL

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), because NetSol and Web.com were served with the initial pleading setting forth the claim for relief on August 30, 2022.

4. On September 6, 2022,[1] the plaintiff filed this action in the State Court, styled *40 Acres & 1 Mule, LLC, et al. v. Network Solutions, LLC, et al.* The action was designated as Case No. HHB-CV22-6074848-S.

5. The documents attached hereto as *Exhibit A* constitute "all process, pleadings, and orders" served on or received by NetSol and Web.com to date in the State Court action. *See* 28 U.S.C. § 1446(a).

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the clerk of the State Court, and the plaintiffs are being provided written notice of the removal.

---

[1] This date is derived from the State Court's docket. The date on the complaint reflects August 5, 2022. This discrepancy is not relevant to the timeliness of removal, because this Notice of Removal is in any event filed within 30 days after service of the complaint. *See* 28 U.S.C. § 1446(b)(1); *see also, Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347 (1999)

WHEREFORE, NetSol and Web.com hereby remove this action now pending in the Superior Court, Judicial District of New Britain, to this Court.

Respectfully submitted,

/s/ John C. Matulis, Jr.
John C. Matulis, Jr. (ct06073)
Counsel for Network Solutions, LLC, and
 Web.com Group, Inc.
JANUSZEWSKI MCQUILLAN & DENIGRIS, LLP
165 West Main Street, PO Box 150
New Britain, CT 06050
Tel.:  (860) 225-7667
Fax:  (860) 826-1814
Email: jmatulis@jmdnbct.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Notice of Removal was filed with the Clerk through the CM/ECF system on the 28th day of September, 2022, and that a copy was mailed, first class mail, postage prepaid, the same date to:

>Nitor V. Egbarin, Esquire
>LAW OFFICE OF NITOR V. EGBARIN, LLC
>100 Pearl Street, 14th Floor
>Hartford, CT 06103

>/s/ John C. Matulis, Jr.
>John C. Matulis, Jr. (ct06073)
>Counsel for Network Solutions, LLC, and
>   Web.com Group, Inc.
>JANUSZEWSKI MCQUILLAN & DENIGRIS, LLP
>165 West Main Street, PO Box 150
>New Britain, CT 06050
>Tel.:  (860) 225-7667
>Fax:  (860) 826-1814
>Email: jmatulis@jmdnbct.com

4