EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 20 FRANKLIN SQUARE, NEW BRITAIN, CT 06051 | ( 860 )515-5180 | September 27, 2022 — Month / Day / Year |

| | | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| [x] Judicial District  [ ] Housing Session | [ ] G.A. Number: | NEW BRITAIN | Major: T    Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| NITOR V. EGBARIN, Law Office of Nitor V. Egbarin, LLC, 100 Pearl Street, 14th Fl, HTD CT 06103 | 307155 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 249-7180 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [x] Yes  [ ] No | Email address for delivery of papers under Section 10-13 (if agreed to) NEGBARIN@AOL.COM |
|---|---|

| Number of Plaintiffs: 2 | Number of Defendants: 2 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: 40 ACRES & 1 Mule, LLC  Address: Agent For Service, Cogency Global Inc., 850 New Burton Road, Suite 201, Dover, DE 19904 | P-01 |
| Additional Plaintiff | Name: Go Score, LLC  Address: 28 Ely Place, Simsbury, CT 06070 | P-02 |
| First Defendant | Name: NETWORK SOLUTIONS, LLC  Address: 12808 Gran Bay Parkway, West, Jacksonville, Florida 32258 | D-01 |
| Additional Defendant | Name: WEB.COM GROUP, INC  Address: 5335 Gate Parkway Jacksonville, Florida 32256-3070 | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

a True & Attested Copy

Kenneth Lombardi
Connecticut State Marshal
Fairfield County

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | [x] Commissioner of the Superior Court [ ] Assistant Clerk | Name of Person Signing at Left NITOR V. EGBARIN | Date signed 08/19/2022 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.  b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.  c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.  d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | File Date |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|
| | | | |

(Page 1 of 2)

## Instructions

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *Do not use this form for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
   (b) *Summary Process actions*
   (c) *Applications for change of name*
   (d) *Probate appeals*
   (e) *Administrative appeals*

   (f) *Proceedings pertaining to arbitration*
   (g) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   (h) *Entry and Detainer proceedings*
   (i) *Housing Code Enforcement actions*

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| **Contracts** | C 00 | Construction - All other | **Property** | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 90 | All other | | | |
| **Eminent Domain** | E 00 | State Highway Condemnation | **Torts (Other than Vehicular)** | T 02 | Defective Premises - Private - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 20 | Other State or Municipal Agencies | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 12 | Defective Premises - Public - Other |
| | E 90 | All other | | T 20 | Products Liability - Other than Vehicular |
| **Miscellaneous** | M 00 | Injunction | | T 28 | Malpractice - Medical |
| | M 10 | Receivership | | T 29 | Malpractice - Legal |
| | M 20 | Mandamus | | T 30 | Malpractice - All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | T 40 | Assault and Battery |
| | M 40 | Arbitration | | T 50 | Defamation |
| | M 50 | Declaratory Judgment | | T 61 | Animals - Dog |
| | M 63 | Bar Discipline | | T 69 | Animals - Other |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | T 70 | False Arrest |
| | M 68 | Bar Discipline - Inactive Status | | T 71 | Fire Damage |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | T 90 | All other |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | **Vehicular Torts** | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 83 | Small Claims Transfer to Regular Docket | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 84 | Foreign Protective Order | | V 05 | Motor Vehicles* - Property Damage only |
| | M 90 | All other | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| **Housing** | H 10 | Housing - Return of Security Deposit | | V 09 | Motor Vehicle* - All other |
| | H 12 | Housing - Rent and/or Damages | | V 10 | Boats |
| | H 40 | Housing - Audita Querela/Injunction | | V 20 | Airplanes |
| | H 50 | Housing - Administrative Appeal | | V 30 | Railroads |
| | H 60 | Housing - Municipal Enforcement | | V 40 | Snowmobiles |
| | H 90 | Housing - All Other | | V 90 | All other |
| | | | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | | | **Wills, Estates and Trusts** | W 10 | Construction of Wills and Trusts |
| | | | | W 90 | All other |

**RETURN DATE: SEPTEMBER 27, 2022  :**          **SUPERIOR COURT**

**40 ACRES & 1 MULE, LLC and**       **:**          **JUDICIAL DISTRICT**
**GO SCORE, LLC**                                          **OF NEW BRITAIN**

     **vs.**                                       **:**          **AT NEW BRITAIN**


**NETWORK SOLUTIONS, LLC**
**and WEB.COM GROUP, INC**          **:**          **AUGUST 5, 2022**

<u>**COMPLAINT**</u>

<u>**COUNT ONE**</u> **(Violation of Conn. Gen. Stat. § 42-110b).**

    1.  That at all times hereinafter mentioned, the Plaintiff, 40 Acres & 1 Mule, LLC,

("40 Acres" or "Plaintiff") is a Delaware limited liability company doing business in the

State of Connecticut, with office address in Farmington, Connecticut.

    2.  That at all times hereinafter mentioned, the Plaintiff, Go Score, LLC, ("Go

Score" or "Plaintiff") is a Delaware limited liability company doing business in the State

of Connecticut, with office address in Simsbury, Connecticut.

    3.  That at all times hereinafter mentioned, the Defendant, Network Solutions, LLC

("Network Solutions") is a Delaware limited liability company doing business in the State

of Connecticut, with its corporate office located at 12808 Gran Bay Parkway, West,

Jacksonville, Florida 32258.

    4.  That at all times hereinafter mentioned, the Defendant, Web.Com Group, Inc is

a Delaware limited liability company doing business in the State of Connecticut, with its corporate office at 12808 Gran Bay Parkway, West, Jacksonville, Florida 32258. Web. Com Group, Inc is the owner and member of Network Solutions, LLC. Web. Com Group, Inc is also referred to herein as "Network Solutions."

5.   Network Solutions provides Domain name registration, Web hosting, Web site design, Search engine marketing, SSL certificates and E-mail hosting services and products to individual and corporate consumers in the United States.

6.   On August 22, 2019, the undersigned counsel for the Plaintiff purchased on behalf   of   the   Plaintiff,   the   domain   names,   **"40acres1mule.com"**   and **"40acresand1mule.com"** using Plaintiff's name. Network Solutions received payments for the two domain names. Each of the domain names were registered with Network Solutions and each has a 1 year expiration date, 2020-08-22. See, Network Solution Order Confirmation Email dated August 22, 2019, at 11:20 AM, attached herewith as **Exhibit 1**.

7.   On September 10, 2019, two additional domain names,

**"fortyacresonemule.com"** and **"fortyacresandonemule.com"** were purchased for Plaintiff, using Plaintiff's name. Network Solutions received payments for the two domain names. Each of these two additional domain names were registered with Network Solutions and each has a 1 year expiration date, 2020-09-10. See, Network Solution Order Confirmation Emails dated September 10, 2019, at 2:40 PM and 2:43 PM, respectively, attached herewith as **Exhibit 2** and **Exhibit 3**.

2

8. In August 2019, information technology developers were hired to begin construction of it website using the domain name, www.40acres1mule.com. The website platform sought to "dramatize, collect, disseminate and display information for the debt the people of the United States owe to African-American citizens for uncompensated slave labor in the period 1790 to 1860, for unhuman treatment in the period, 1790 to 1860 and for Jim Crow terrorism, lynches and destruction of property for the period 1877 to 1968…" See, Proposal to Develop Social Media Platforms for Reparation Debt, attached herewith as **Exhibit 4**.

9. The four domain names were enrolled in Network Solutions' auto-new service. As such, before the expiration terms for **"40acres1mule.com"** and **"40acresand1mule.com"** ended, these domain names were auto-renewed on June 23, 2020. The new expiration dates were 2021-08-22. Network Solutions charged $37.99 for each renewal. See, Network Solution Order Confirmation Email dated June 23, 2020, at 4:32 PM, attached herewith as **Exhibit 5**.

10. The other two additional domain names were auto-renewed on July 12, 2020, and their new expiration extended by 1 year to 2021-09-10. Network Solutions also charged $37.99 for each renewal. Because Network Solutions overcharged for each of the renewals by $15.00, Network Solutions issued a $30.00 refund for these two domains. See, Network Solution Refund Confirmation Email dated July 18, 2020, at 12:46 PM, attached herewith as **Exhibit 6.** Network Solutions issued additional Refunds on July 28, 2020, for

3

overcharging when it used its auto-renew service to renew Plaintiff's other domain names and web hosting service.

11. Again before the second expiration terms for **"40acres1mule.com"** and **"40acresand1mule.com"** ended, these domain names were auto-renewed on June 23, 2021. **The new expiration dates were 2022-08-22.** Network Solutions charged $37.99 for each renewal. See, Network Solution Order Confirmation Email dated June 23, 2021, at 4:36 AM, attached herewith as **Exhibit 7**.

12. Again, because Network Solutions overcharged for each of these two renewals by $16.00, Network Solutions issued two refunds for $16.00 each for these two domains. See, Network Solution Refund Confirmation Email dated June 24, 2021, at 12:45 AM and 12:46 AM, attached herewith as **Exhibit 8** and **Exhibit 9,** respectively.

13. The other two additional domain names were auto-renewed on June 25, 2021, and their new expiration extended by 1 year to 2022-09-10.

14. After Plaintiff's information technology ("IT") developers completed the construction of Plaintiff's website www.40acres1mule.com, and going "live" online, using the domain name, **"40acres1mule.com,"** the IT developers recommended that Plaintiff move the website's server to another independent web hosting server outside of Network Solutions. Consequently an "SSL Certificate" was required and purchased. See, Network Solution Order Confirmation Email dated October 5, 2021, at 3:05 PM, attached herewith as    **Exhibit   10**.   Network   Solutions   then   changed   the   domain   server   for

4

"**40acres1mule.com**" to a new independent server, "NS1.PHASE3SOLUTION.COM"
and "NS2.PHASE3SOLUTION.COM." See, Network Solution Confirmation of DNS
Change Email dated April 7, 2022, at 2:41 PM, attached herewith as **Exhibit 11**.

15. Again before the third expiration terms for "**40acres1mule.com**" and
"**40acresand1mule.com**" ended, these two domain names were auto-renewed on June 23,
2022.

16. Subsequently, Network Solutions on August 3, 2022, at 4:10 PM, Network
Solutions had fraudulently and in bad faith scrubbed the email of its content as a cover up
for deleting the domain name "**40acres1mule.com.**" See, Network Solution "Order
Confirmation is Confirmed" Email dated June 23, 2022, at 4:57 AM, attached herewith as
**Exhibit 12.**

17. Again, because Network Solutions overcharged for each of these two renewals,
Network Solutions issued a refund for these two domains.

18. Once again, Network Solutions on August 3, 2022, at 4:11 PM, Network
Solutions had also fraudulently and in bad faith scrubbed the email of its content as a cover
up for deleting the domain name "**40acres1mule.com.**" See, Network Solution Refund
Confirmation Email dated June 24, 2022, at 1:18 AM, attached herewith as **Exhibit 13.**

19. On July 13, 2022, the website, www.40acres1mule.com, was no longer online
because it had been erased. In its place, Network Solutions displayed the following page
(also attached here as **Exhibit 16**):

5



6

20. Unbeknownst to Network Solutions, Plaintiff kept a copy of the email from Network Solutions confirming that the domain names **"40acres1mule.com"** and **"40acresand1mule.com"** were auto-renewed on June 23, 2022, and Network Solutions charged $42.99 for each renewal. **The new expiration dates are 2023-08-22.** See, Network Solution "Order Confirmation is Confirmed" Email dated June 23, 2022, attached herewith as **Exhibit 14.**

21. As is Network Solutions' fraudulent and bad faith practice, Network Solutions overcharged for each of these two renewals, Network Solutions issued a refund of $32.99 for these two domains names. See, Screenshot of Credit Card Account ending 0960, showing Network Solution's refund on June 25, 2022, attached herewith as **Exhibit 15**.

22. On July 15, 2022, Network Solution by telephone to explain to Plaintiff's representative why the website was erased from online. At the end of the telephone discussion, Network Solution agent sent the following email:

> **<webwb_NetworkSolutionsLogo.jpg>**
>
> **Dear Nitor,**
>
> **Thank you for contacting Network Solutions. We are committed to creating the best experience for you.**
>
> **This message is to let you know that the issue you reported to Network Solutions has been reviewed.**

7

**S-1983859 . This will be your ticket number.**

**Please accept our apologies for any inconvenience this may have caused.**

**I hope this information has been helpful. We appreciate your business!**

**For questions, please visit our online support center at https://help.networksolutions.com**


**Kind Regards,**

**Philip Z**

**Customer Support**

Network Solutions email on July 15, 2022, at 7:41 AM is attached herewith as **Exhibit 17**.

23. After receiving the email from Network Solutions' agent Philip Z, Plaintiff's representative forwarded this email to the chief IT developer for the Plaintiff, and narrated contemporaneously what Philip Z stated over the telephone a few minutes earlier as follows:

**"Hi Amit, see below for email from Network Solutions.**

**I just got off the phone with network Solutions. The agent I spoke to is Philip. He is working out of the office in Philippines. He explained that when they processed the price adjustment from $42.99 to $21.99 for the renewal, the agent mistakenly rolled back the expiration to June 23, 2022, even though the domain due to expire in August 2022. He said the agent**

8

**forgot to change the date to August 2023 after he charged the correct renewal fee of $21.99. Because of the roll back and failure to change the date to August 2023, the domain was placed on their deleted list! Someone then automatically grabbed the domain and registered it under the name of the company in Pennsylvania. Philip then created a ticket, reference # S1983859 to expedite the recovery of the domain.**

**I told Philip I plan to file a claim with their legal department for damages."**

Undersigned counsel's mail on July 15, 2022, at 7:52 AM, is attached herewith as **Exhibit 18**.

24. Network Solutions fraudulently and in bad faith took and kept Plaintiff's unexpired domain name, **"40acres1mule.com"** which Plaintiff renewed and paid for the renewal. Network Solutions erased Plaintiff's website, www.40acres1mule.com, from online access.

25. As of the date of this Complaint, Network Solutions refused to return the domain name, **"40acres1mule.com"** and refused to restore the website, www.40acres1mule.com to the servers that Plaintiff paid for as explained ¶ 14, supra.

26. Upon information and belief, Network Solutions' agent(s) deleted the domain name **"40acres1mule.com"** that had the reparations website, www.40acres1mule.com, that displayed African Americans cause for reparations for slavery.

27. Network Solutions' agent(s) however did not delete the domain name

9

**"40acresand1mule.com"** which did not have a reparations website.

28. Network Solutions then replaced the reparations online display with non-Reparations, non-African American display. See, Exhibit 16.

29. Network Solutions deleted only domain name **"40acres1mule.com"** and not the domain name **"40acresand1mule.com"** because the domain name, **"40acres1mule.com"** had the reparations website, www.40acres1mule.com, that displayed African Americans' cause for reparations for slavery.

30. At all times relevant herein, the Defendant has been engaged in the trade or commerce of advertising for sale, the offering for sale and the sale of domain names and other web hosting services to consumer in the State of Connecticut, and the advertising for sale, offering for sale and the sale of such domain names and other web hosting services constitutes the primary trade or commerce of the Defendant.

31. The conduct of the Defendant alleged in this count constitutes a deceptive act or practice within the meaning of Conn. Gen. Stat. § 42-110b(a), in the conduct of the trade or commerce alleged in this count in that said conduct constitutes a material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

32. The conduct of the Defendant alleged in this count constitutes a violation of Conn. Gen. Stat. § 46a-58(a), stating, "It shall be a discriminatory practice in violation of this section for any person to subject, or cause to be subjected, any other person to the

deprivation of any rights, privileges or immunities, secured or protected by the Constitution or laws of this state or of the United States, on account of religion, national origin, alienage, color, race, sex, gender identity or expression, sexual orientation, blindness, mental disability, physical disability or status as a veteran."

33.  The conduct of the Defendant alleged in this count constituted an intentional and wanton violation of the Plaintiff's rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false or misleading or was recklessly indifferent to their truth or completeness and that its refusal to return  the domain name "40acres1mule.com" was without reasonable justification or excuse.

34. The conduct of the Defendant alleged in this count constitutes an unfair act or practice within the meaning of Conn. Gen. Stat. § 42-110b(a) in the conduct of the trade or commerce alleged in this count in that said conduct violates public policy, is immoral, unethical or unscrupulous, and is substantially injurious to consumers, including the Plaintiff.

35. As a result of the conduct of the Defendant alleged in this count, the Plaintiff has suffered an ascertainable loss of money or property, including the loss of the accumulated users and ecommerce business of the deleted the website, www.40acres1mule.com.

**COUNT TWO (Violation of 42 U.S.C.A. § 1981).**

11

36. Paragraphs 1-35 of Count One are hereby made paragraphs 1-35 of this Count Two as if more fully set forth herein.

37. Network Solutions did not delete any of the other three unexpired domain names mentioned above even though they too were renewed on the same day or at around the same time.

38. Instead Network Solutions targeted and deleted the unexpired domain name **"40acres1mule"** because it had a developed website www.40acres1mule.com that displayed African Americans cause for reparations for slavery.

39. Network Solution's employee(s) or agent(s) knew the website www.40acres1mule.com was live and displaying a live reparations debt clock for uncompensated slave labor for African Americans.

40. Typically, Network Solution's employee(s) or agent(s) would ask the undersigned at the times they processed the refunds for the overcharges if a website had been developed for the domain names. And if so, what the website was all about. Network Solution's employee(s) or agent(s) would access the website to confirm that the website was live.

41. In June 2022, Network Solution's employee(s) or agent(s) deleted and took the domain name **"40acres1mule"** and then registered this domain name with its sister company, New Ventures Services Corp. using a Post Office box in Drums, Pennsylvania. Network Solutions also has offices at 10 Azalea Road, Drums Pennsylvania, 18222-2154.

42. Network Solution's employee(s) or agent(s) knew that by deleting and taking this domain name **"40acres1mule,"** the website www.40acres1mule.com which was displaying the reparations debt clock on its homepage as follows (also attached here as **Exhibit 19**) would be deleted and erased from the internet:



If we are true to our Declaration that "We hold
these Truths to be self-evident, that all Men are
created equal, that they are endowed by their
Creator with certain unalienable Rights, that
among these are Life, Liberty, and the Pursuit of
Happiness…." then we must restore to our people
whose "Inalienable Rights" to Life, Liberty and
Pursuit of Happiness" we took or allowed to be
taken from them without their consent or just
cause. To restore these "Inalienable Rights" which
we took or allowed to be taken from our people
without their consent or just cause, we must pay
the reparations debt we owe to them by giving
their descendants their inheritances that would

14

43. In place of the reparations debt clock display above which Network Solutions deleted and erased from the internet, Network Solution's employee(s) or agent(s) created a new website www.40acres1mule.com to display real estate and other non-African American, non-reparations display as follows (also see Exhibit 16):



44. The conduct of Network Solution's employee(s) or agent(s) was vile, bigoted and biased on account of race or color of the subject matter displayed in Exhibit 19, supra.

45. Network Solutions' agent(s) deleted the domain name **"40acres1mule.com"** that had the reparations website, www.40acres1mule.com that displayed African Americans' cause for reparations for slavery.

46. Network Solutions' agent(s) however did not delete the domain name **"40acresand1mule.com"** which did not have a reparations website.

47. Network Solutions then replaced the reparations online display with non-Reparations, non-African American display. Compare Exhibit 16.

48. Network Solutions deleted only domain name **"40acres1mule.com"** and not the domain name **"40acresand1mule.com"** because the domain name, **"40acres1mule.com"** had the reparations website, www.40acres1mule.com, that displayed African Americans' cause for reparations for slavery.

49. Upon information and belief Network Solution's employee(s) or agent(s) knew of Plaintiff's reparations platform and harbored racial animus for the Plaintiff's reparations when they intentionally knocked down and erased Plaintiff's reparations website from the internet

50. Based on the foregoing facts, Defendant deprived Plaintiff of the same right to

make and enforce contracts, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, in violation of 42 U.S.C.A. § 1981.

**COUNT THREE (Violation of 42 U.S.C.A. § 1982).**

51. Paragraphs 1-50 of Count Two are hereby made paragraphs 1-50 of this Count Three as if more fully set forth herein.

52. Based on the foregoing facts, Defendant deprived Plaintiff of the same right, as is enjoyed by white citizens thereof to hold a personal property such as the website www.40acres1mule.com to "dramatize, collect, disseminate and display the reparations debt clock showing the growing debt the people of the United States owe to African-American citizens for uncompensated slave labor," in violation of 42 U.S.C.A. § 1982.

**WHEREFORE**, the Plaintiffs claim:

1.  Judgment;

2.  Return of the domain name, www.40acres1mule.com

3.  Monetary damages;

4.  Punitive damages;

5.  Double or treble damages pursuant to Conn. Gen. Stat. § 42-110g;

6.  Costs and reasonable attorney's fees;

7.  Costs and reasonable attorney's fees pursuant to Conn. Gen. Stat. § 42-110g, and;

8.  Such other, further and additional relief as the court may seem just and equitable.

18

PLAINTIFFS,
40 Acres & 1 Mule, LLC
Go Score, LLC

By: _____

Nitor Egbarin
Law Office of Nitor V. Egbarin, LLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: 860-249-7180
Fax: 860-408-1471
Mobile: 860-680-1448
Email: NEgbarin@aol.com
Juris No. 307155

**RETURN DATE: SEPTEMBER 27, 2022** :       **SUPERIOR COURT**

**40 ACRES & 1 MULE, LLC and**     :        **JUDICIAL DISTRICT**
**GO SCORE, LLC**                         **OF NEW BRITAIN**

       **vs.**                             :        **AT NEW BRITAIN**

**NETWORK SOLUTIONS, LLC**     :        **AUGUST 5, 2022**

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is more than fifteen thousand dollars ($15,000.00), exclusive of interests and costs.

                                      PLAINTIFFS,
                            40 Acres & 1 Mule, LLC
                            Go Score, LLC

By: _____
      Nitor Egbarin
      Law Office of Nitor V. Egbarin, LLC
      100 Pearl Street, 14th Floor
      Hartford, Connecticut 06103
      Tel: 860-249-7180
      Fax: 860-408-1471
      Mobile: 860-680-1448
      Email: NEgbarin@aol.com
      Juris No. 307155

# EXHIBIT 1

$£ 4  1$



**From: Network Solutions** support@networksolutions.com
**Subject:** Your Order is Confirmed
**Date:** August 22, 2019 at 11:20 AM
**To:** NEgbarin@aol.com

Network Solutions

Dear Nitor Egbarin,

Thank you for your order. We appreciate the opportunity to serve your online needs. This email will help you with your account set-up.

### Order Confirmation

Order Number: 975732693
Today's Charges: $43.98
Future Charges: $0.00
Credit Card: xxxxxxxxxxxx8238

### Ordered By:
User ID: NEGBARIN
User Name: Nitor Egbarin
Credit Card Holder Name: Nitor V Egbarin

Account Number: 30693799
Primary Contact: Nitor Egbarin (NEGBARIN)

### Order Summary

| Service Description | Qty | Term** (Exp. Date) | Monthly Recurring Charges* | Deferred Charges | Today's Charges |
|---|---|---|---|---|---|
| domain .COM 40ACRESAND1MULE.COM | 1 | 1 year(s) (2020-08-22) | | $0.00 | $21.99 |
| domain .COM 40ACRES1MULE.COM | 1 | 1 year(s) (2020-08-22) | | $0.00 | $21.99 |

*There are no monthly recurring charges on products purchased on an annual term. You will be charged on an annual basis and will receive a reminder of renewal no less than three months before renewal occurs.

We recommend that you start by following the step-by-step instructions found in our short Setup Guide ( ). You will also find links to our Setup Guides from within Account Manager.

**How Powerful Is Your Domain Name?**
Find out in less than 30 seconds! Eliminate vulnerabilities and help customers find you online with our FREE Domain Name Scorecard. Click Here:

To start managing your services, please visit Account Manager at:
If you've forgotten your log-in information, please visit:
**Please note:** for security purposes, we may occasionally ask you to reset your user name and password when logging in to Account Manager.

Looking for ways to take your business to the next level?

Thank you for choosing Network Solutions. If you have any questions or need assistance, please contact us at . You can also contact Online Support at . Again, we appreciate the opportunity to serve your online needs.

Sincerely,

Network Solutions® Customer Support

**Some of your services may be set to automatically renew at the end of their current term. Please log in to Account Manager at [text unclear] to check the auto renew status of your services.

Please do not reply to this email. Replying to this email will not secure your services. Please review our [unclear] and our [unclear] governing our services.

Your services are subject to the terms and conditions set forth in our Service Agreement, which you accepted at the time of purchase.

Please note, in accordance with our Privacy Policy, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2019 by Network Solutions, LLC. All rights reserved. 5335 Gate Parkway : Jacksonville, FL 32256 Network Solutions® is a [unclear] Group, Inc. company.

Network Solutions® and [unclear] ® are registered trademarks of [unclear] Group, Inc. All other registered trademarks herein are the property of their respective owners.

# EXHIBIT 2

Ex. 2

**From: Network Solutions** support@networksolutions.com
**Subject:** Your Order is Confirmed
**Date:** September 10, 2019 at 2:40 PM
**To:** NEgbarin@aol.com



Dear Nitor Egbarin,

Thank you for your order. We appreciate the opportunity to serve your online needs. This email will help you with your account set-up.

Order Confirmation

Order Number: 980458469
Today's Charges: $21.99
Future Charges: $0.00
Credit Card: xxxxxxxxxxxx7067

**Ordered By:**
User ID: NEGBARIN
User Name: Nitor Egbarin
Credit Card Holder Name: Nitor V Egbarin

Account Number: 30693799
Primary Contact: Nitor Egbarin (NEGBARIN)

Order Summary

| Service Description | Qty | Term** (Exp. Date) | Monthly Recurring Charges* | Deferred Charges | Today's Charges |
|---|---|---|---|---|---|
| domain .COM FORTYACRESONEMULE.COM | 1 | 1 year(s) (2020-09-10) | | $0.00 | $21.99 |

*There are no monthly recurring charges on products purchased on an annual term. You will be charged on an annual basis and will receive a reminder of renewal no less than three months before renewal occurs.

We recommend that you start by following the step-by-step instructions found in our short Setup Guide ( _____ ). You will also find links to our Setup Guides from within Account Manager.

**How Powerful is Your Domain Name?**
Find out in less than 30 seconds! Eliminate vulnerabilities and help customers find you online with our FREE Domain Name Scorecard. Click Here: _____

To start managing your services, please visit Account Manager at: _____
If you've forgotten your log-in information, please visit: _____ .
**Please note:** for security purposes, we may occasionally ask you to reset your user name and password when logging in to Account Manager.

Looking for ways to take your business to the next level? _____

Thank you for choosing Network Solutions. If you have any questions or need assistance, please contact us at _____ . You can also contact Online Support at _____ , Again, we appreciate the opportunity to serve your online needs.

Sincerely,

Network Solutions® Customer Support

\*\*Some of your services may be set to automatically renew at the end of their current term. Please log in to Account Manager at [illegible] to check the auto renew status of your services.

Please do not reply to this email. Replying to this email will not secure your services. Please review our [illegible] and our [illegible] governing our services.

Your services are subject to the terms and conditions set forth in our Service Agreement, which you accepted at the time of purchase.

Please note, in accordance with our Privacy Policy, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2019 by Network Solutions, LLC. All rights reserved. 5335 Gate Parkway | Jacksonville, FL 32256 Network Solutions® is a [illegible] Group, Inc. company.

Network Solutions® and [illegible] are registered trademarks of [illegible] Group, Inc. All other registered trademarks herein are the property of their respective owners.

# EXHIBIT 3

EX 3

**From:** **Network Solutions** support@networksolutions.com
**Subject:** Your Order is Confirmed
**Date:** September 10, 2019 at 2:43 PM
**To:** NEgbarin@aol.com





Dear Nitor Egbarin,

Thank you for your order. We appreciate the opportunity to serve your online needs. This email will help you with your account set-up.

Order Confirmation

Order Number: 980458593
Today's Charges: $21.99
Future Charges: $0.00
Credit Card: xxxxxxxxxxxx7067

**Ordered By:**
User ID: NEGBARIN
User Name: Nitor Egbarin
Credit Card Holder Name: Nitor V Egbarin

Account Number: 30693799
Primary Contact: Nitor Egbarin (NEGBARIN)

Order Summary

| Service Description | Qty | Term** (Exp. Date) | Monthly Recurring Charges* | Deferred Charges | Today's Charges |
|---|---|---|---|---|---|
| domain .COM FORTYACRESANDONEMULE.COM | 1 | 1 year(s) (2020-09-10) | | $0.00 | $21.99 |

*There are no monthly recurring charges on products purchased on an annual term. You will be charged on an annual basis and will receive a reminder of renewal no less than three months before renewal occurs.

We recommend that you start by following the step-by-step instructions found in our short Setup Guide ( [illegible] ). You will also find links to our Setup Guides from within Account Manager.

**How Powerful is Your Domain Name?**
Find out in less than 30 seconds! Eliminate vulnerabilities and help customers find you online with our FREE Domain Name Scorecard. Click Here: [illegible]

To start managing your services, please visit Account Manager at: [illegible].
If you've forgotten your log-in information, please visit: [illegible].
**Please note:** For security purposes, we may occasionally ask you to reset your user name and password when logging in to Account Manager.

Looking for ways to take your business to the next level? [illegible].

Thank you for choosing Network Solutions. If you have any questions or need assistance, please contact us at [illegible]. You can also contact Online Support at [illegible]. Again, we appreciate the opportunity to serve your online needs.

Sincerely,

Network Solutions® Customer Support

_____

**Some of your services may be set to automatically renew at the end of their current term. Please log in to Account Manager at _____ to check the auto renew status of your services.

Please do not reply to this email. Replying to this email will not secure your services. Please review our _____ \_\_\_ and our _____ governing our services.

Your services are subject to the terms and conditions set forth in our Service Agreement, which you accepted at the time of purchase.

Please note, in accordance with our Privacy Policy, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2019 by Network Solutions, LLC. All rights reserved. 5335 Gate Parkway | Jacksonville, FL 32256 Network Solutions® is a _____ Group, Inc. company.

Network Solutions® and _____® are registered trademarks of _____ Group, Inc. All other registered trademarks herein are the property of their respective owners.

# EXHIBIT 4

Et 4

Project Initiated: May 15, 2019

IT Developer Retained: August 5, 2019

## Proposal to Develop Social Media Platforms for Reparation Debt

This platform will dramatize, collect, disseminate and display information for the debt the people of the United States owe to African-American citizens for uncompensated slave labor in the period 1790 to 1860, for unhuman treatment in the period, 1790 to 1860 and for Jim Crow terrorism, lynches and destruction of property for the period 1877 to 1968, under the following formats:

    a.     A secure online platform, www.40acres1mule.com.

    b.     A twitter publication and,

    c.     A YouTube distribution

The United States House of Representatives on July 29th, 2008, unanimously voted concerning Resolution No.194, having a preamble which emphasized a needed work in progress, for this proposal for a national reparations educational program & discussion therefore, as resolved by Resolution No. 194 that the US House of Representatives-

(1) acknowledges that slavery is incompatible with the basic founding principles recognized in the Declaration of Independence that all men are created equal;

(2) acknowledges the fundamental injustice, cruelty, brutality, and inhumanity of slavery and Jim Crow;

(3) apologizes to African Americans on behalf of the people of the United States, for the wrongs committed against them and their ancestors who suffered under slavery and Jim Crow; and

(4) expresses its commitment to rectify the lingering consequences of the misdeeds committed against African Americans under slavery and Jim Crow and to stop the occurrence of human rights violations in the future.

The electronic platform be created to allow the statement and documentation of the denial of their life, liberty and property of individual African American and African American community in the United States.

The platform will display the various debt clocks which will be updated every millisecond or second hand of the clock.

The platform will document the United States' and a State's complicity by silence, and inaction or action, in slavery and post-civil war terrorism, Jim Crow abuses and denials of life, liberty and property to individual African American and African American communities in the United States, and for benefitting from slavery and Jim Crow and such atrocities, shall be made available to the public for educational purpose.

**The Case for Reparations[1]**

Today, even after the success of the civil rights movement, the black American population on average has higher infant-mortality rates, lower life expectancy, higher rates of unemployment, lower income, and higher rates of imprisonment than the white population. Some argue that these problems are the "legacy of slavery" brought on by society's discrimination and racism.

Are the conditions really a "legacy of slavery"? If so, what should be done? Some African-Americans argue today for reparations--a sort of compensation for the free labor blacks were forced to render during 250 years of slavery.

**The Idea of Reparations**

Reparations for the slavery is not a new idea. Before the Civil War ended, General William Tecumseh Sherman issued an order in South Carolina. He wanted 40 acres and the loan of an Army mule set aside for each former slave family. This order was never carried out. After the war, Radical Republicans in Congress passed laws requiring confiscation of former-Confederate

---

[1] See article by the Constitutional Rights Foundation, Reparations for Slavery? http://www.crf-usa.org/brown-v-board-50th-anniversary/reparations-for-slavery-reading.html.

property to provide the ex-slaves with "40 acres and a mule." In 1866, President Andrew Johnson vetoed the legislation.

The next push for reparations took place at the turn of the century. Several black organizations lobbied Congress to provide pensions for former slaves and their children. One bill introduced into the U.S. Senate in 1894 would have granted direct payments of up to $500 to all ex-slaves plus monthly pensions ranging from $4 to $15. This, and several similar bills, died in congressional committees. The pension movement itself faded away with the onset of World War I.

During the 1960s, some black leaders revived the idea of reparations. In 1969, James Forman (then head of the Student Non-Violent Coordinating Committee) proclaimed a "Black Manifesto." It demanded $500 million from American churches and synagogues for their role in perpetuating slavery before the Civil War. Black nationalist organizations, such as the Black Panther Party and Black Muslims, also demanded reparations.

In the 1980s, a new call arose for black reparations. It was stimulated by two other movements that successfully secured payments from the U.S. government. The Supreme Court in 1980 ordered the federal government to pay eight Sioux Indian tribes $122 million to compensate for the illegal seizure of tribal lands in 1877. Then in 1988, Congress approved the payment of $1.25 billion to 60,000 Japanese-American citizens who had been interned in prison camps during World War II.

In April 1989, Council Member Ray Jenkins guided through the Detroit City Council a resolution. It called for a $40 billion federal education fund for black college and trade school students. About the same time, a conference of black state legislators meeting in New Orleans backed the idea of a federally financed education fund for descendants of slaves. Shortly afterward, Rep. John Conyers Jr. (D-MI) drafted a bill calling for the establishment of a congressional commission to study the impact of slavery on African-Americans.

**The Conyers Bill**

Rep. Conyers introduced his bill (HR 3745) in November 1989. The preamble of the bill declared its purpose:

To acknowledge the fundamental injustice, cruelty, brutality and inhumanity of slavery in the United States and the 13 American colonies between 1619 and 1865 and to establish a Commission to examine the institution of slavery, subsequent de jure and de facto economic discrimination against African-Americans, and the impact of these forces on living African-Americans, to make recommendations to the Congress on appropriate remedies, and for other purposes.

This bill failed to make it to a House vote, but Conyers did not give up. In every session of Congress since then, he has introduced new legislation to establish a commission to study the issue and make recommendations to Congress. While none has succeeded, Conyers vows to keep trying.

Throughout the years, people have proposed different reparation plans. Some, like Robert Brock, a Los Angeles campaigner for reparations, argued for direct payments to descendants of slaves.

3

"The government owes us money on a number of different fronts," the 66-year-old black activist declared, ". . . for labor, for loss of culture and of humanity."

Some supporters of reparations, like journalist Ron Daniels, proposed government financing of a national fund to develop educational and economic opportunities for the entire African-American community. Daniels argued in an editorial that "America must own up to its responsibility to make a damaged people whole again."

Others, such as the National Coalition of Blacks for Reparations in America (N'COBRA), advocate a broader approach. They believe that government could satisfy the call for reparations by a variety of means, including land, ownership of companies, stock, money, and aircraft. The group also calls for a method of self-government for American blacks to give them autonomy.

Just as advocates are not unanimous about the form of reparations, neither are they united on the amount. Some favor direct payments to slave descendants ranging from $25,000 to $100,000 or more. Others, like N'COBRA, believe a final amount cannot be determined until more study has been done to determine the harm slavery has caused blacks. But they suggest the total amount could be in the "trillions."

**Reparations, Pro and Con**

Many people and groups have voiced their opposition to the whole idea of slavery reparations. Major arguments against reparations include:

There are no black slaves living today. Slavery ended more than 160 years ago at the cost of several hundred thousand lives lost in the Civil War. It is unfair to ask American taxpayers, many of them from families that came to the United States after slavery ended, to pay for the wrongs of slavery. The problems faced by African Americans today are not the "legacy of slavery" or even racism. Many blacks have succeeded very well in American society. The problems of poor African Americans are caused by social ills within the inner city, such as the breakdown of families, high crime rates, and dependence on welfare.

Federal and state governments have already spent billions of dollars on social programs such as welfare, subsidized housing, health care, employment development, affirmative action, and education. These programs have benefitted African Americans.

African Americans, particularly the young, need to overcome their problems through their own efforts and not depend on more government handouts and benefits.

Reparations would be too expensive, depriving the country of the opportunity to fix the Social Security and Medicare systems and meet other budget needs that benefit all Americans.

Any reparation plan would lead to unfairness and huge administrative costs. Who would receive reparations? Descendants of slaves? All blacks? Would well-off African Americans receive payments? If a fund were set up, who would administer it? Would those unhappy with the plan call for even more reparations or file lawsuits?

4

Advocates for reparations reject these arguments. They contend:

The claim for reparations is not against white Americans or even individual Americans. It is a claim against American government and society, which has continued from the time of slavery. As all members of society share in society's benefits, they also must share the burdens in the form of taxation. Through slavery, African Americans were terribly wronged and modern blacks were robbed of their inheritance. Further, blacks face racism every day. They deserve to be compensated.

The problems faced by many blacks today come from slavery and society's ongoing racism. Blacks were uprooted from their homes in Africa and brutalized in America by a system that destroyed the family structure and degraded the individual. When slavery ended, African Americans owned nothing. Isolated and discriminated against, they were denied education, contacts with society, and economic opportunity. Compared to whites, blacks remain in a disadvantaged position and will remain so until they receive compensation and society's racism ends.

Welfare, subsidized housing, affirmative action, and other previous efforts to address socio-economic problems of the black underclass have been too little and too late. They failed because society has failed to come to grips with the central problem--its own racism and discrimination. In some cases, social programs, though well-intentioned, actually increased black isolation and further degraded the black community. In addition, these programs benefitted other groups, not just blacks. By doing so, they failed to address the unique claims based on slavery that African-Americans have.

Reparations will not promote dependency. Instead, they will give individual African Americans and the community as a whole a chance to create their own economic base and become self-reliant. The cost of reparations may be great, but a debt is owed and must be paid. The moral claim for reparations at least equals that of any other government program. America is a rich country, and if the will exists, the money can be found.

Just as it is too early to decide how much is due in reparations, it is too early to agree on how to distribute the reparations. Fair methods can be worked out once society acknowledges its obligation to provide reparations in the first place.

While it is unclear whether those advocating reparations for slavery ever will be successful, it is likely the debate will go on.

http://www.crf-usa.org/brown-v-board-50th-anniversary/reparations-for-slavery-reading.html.


**Valuation of Reparations for Uncompensated Slave Labor Debt**

### Value of Uncompensated Slave Labor

a.   40 Acres and 1 Mule

Based on 40 acres and 1 mule proposed in 1865 as compensation to each family whose labor was never compensated;

The proposal of 40 acres to each African American family were substantially lower than the 160 acres of free land for anyone who wanted to settle and farm the land that was proposed in the "Homestead Act" of 1860. It too was vetoed. See, Roger L. Ransom, University of California, Riverside, The Economics of the Civil War, at p. 5, https://eh.net/encyclopedia/the-economics-of-the-civil-war/.

And based on the population of about 4 million descendants of Africa in America as of 1860;

And also based on the ratio of 4 individuals per family of African descendants in America as of 1860;

The number of families of descendants of Africa in America in 1860 is 1 million.

The value of 1 acre of farmland in 1860 is $16.31 (in 1870 it is $18.26). See attached document at p. 32, http://usda.mannlib.cornell.edu/usda/AgCensusImages/1920/Farms_and_Property.pdf.

Therefore 40 acres are worth $652.80 as of 1860.

The debt owed to all families of African descendants in America as of 1860 is **$652.8 million.**

The **$652.8 million** is the value of 40 acres as reparation debt (Not added is the value of 1 million mules as of 1860).

So what is the present value of $652.8 million, which is the value of 40-acres as reparation debt owed in 1865, using 5.32% US Treasury Bond interest rate in 1871, (see Shiller, R., U.S. Stock Price Data with Consumption, both short and Long Rates, 1871 to 2009. http://www.econ.yale.edu/~shiller/data.htm.

The value of the reparation debt doubles every 13.37 years from 1865 to 2019 (154-years). Therefore value of the reparation debt will double 11.51 times.

(In millions)
Day 0: 652.8
Day 1: $1,305
Day 2: $2,611.2
Day 3: $5,222.4
Day 4: $10,444.8
Day 5: $20,889.6
Day 6: $41,779.2
Day 7: $83,558.4
Day 8: $167,116.8
Day 9: $334,233.6
Day 10: $668,467.2

Day 11: $1,336,934.4
Day 12: $2,673,868.8

THE PRESENT VALUE OF 40 ACRES IS **$2.00 TRILLION. THIS IS INSUFFICIENT COMPENSATION.**

    b.   Value of Slave Labor

Compare, **$2.7 billion which was estimated to be the value of slave (labor) in 1860**. See, estimate of "the cost of having the government buy all the slaves in the United States in 1860 … ([Claudia Goldin,] 1973: 85, Table 1)" Roger L. Ransom, University of California, Riverside, The Economics of the Civil War, at p. 3, https://eh.net/encyclopedia/the-economics-of-the-civil-war/.

Compare, "Bottom line: If you took the values of successive generations of U.S. slaves — say, the total values in 1800, 1830 and 1860 — and applied Treasury bond interest rates to the money over the decades since, today we're looking at a reparations bill of **$16 trillion.**" (Emphasis added). https://www.marketwatch.com/story/the-math-on-reparations-total-cost-of-51-trillion-and-a-tripling-of-the-national-debt-2019-06-27/print.

    c.   Value of Labor Relative to Cotton

"The income generated by this "export sector" was a major impetus for growth not only in the South, but in the rest of the economy as well. Douglass North, in his pioneering study of the antebellum U.S. economy, examined the flows of trade within the United States to demonstrate how all regions benefited from the South's concentration on cotton production (North 1961). Northern merchants gained from Southern demands for shipping cotton to markets abroad, and from the demand by Southerners for Northern and imported consumption goods. The low price of raw cotton produced by slave labor in the American South enabled textile manufacturers — both in the United States and in Britain — to expand production and provide benefits to consumers through a declining cost of textile products. As manufacturing of all kinds expanded at home and abroad, the need for food in cities created markets for foodstuffs that could be produced in the areas north of the Ohio River. And the primary force at work was the economic stimulus from the export of Southern Cotton." Roger L. Ransom, University of California, Riverside, The Economics of the Civil War, at p. 3, https://eh.net/encyclopedia/the-economics-of-the-civil-war/.

"When James Hammond exclaimed in 1859 that "Cotton is King!" no one rose to dispute the point." Roger L. Ransom, University of California, Riverside, The Economics of the Civil War, at p. 3, https://eh.net/encyclopedia/the-economics-of-the-civil-war/.

Cotton was King because it was produced by uncompensated African-American Labor. Therefore, "African-American Labor is King!!" exclaims Nitor V. Egbarin in 2019.

"Whitney is given credit for unleashing the explosion of American cotton production which was, in turn, propelled by the seemingly insatiable appetite for cotton from the British cotton textile mills. A quick glance at the numbers shows what happened. American cotton production soared

from 156,000 bales in 1800 to more than 4,000,000 bales in 1860 (a bale is a compressed bundle of cotton weighing between 400 and 500 pounds). This astonishing increase in supply did not cause a long-term decrease in the price of cotton. The cotton boom, however, was the main cause of the increased demand for slaves – the number of slaves in America grew from 700,000 in 1790 to 4,000,000 in 1860. A materialistic America was well aware of the fact that the price of a slave generally correlated to the price of cotton. Thus, the cotton economy controlled the destiny of African slaves." Eugene R. Dattel, a Mississippi native and economic historian, is a former international investment banker. His first book, The Sun That Never Rose, predicted Japan's economic stagnation in the 1990s. His next book, Cotton and Race in America (1787-1930): The Human Price of Economic Growth, will be published in 2007.
http://mshistorynow.mdah.state.ms.us/articles/161/cotton-in-a-global-economy-mississippi-1800-1860"

Starting in the 1790s, New England, and, especially, Rhode Island, housed the leaders in early cotton textile manufacturing. Providence merchants funded some of the first successful cotton spinning mills, and they drew on the talents of Samuel Slater, an immigrant British machinist. He trained many of the first important textile mechanics, and investors in various parts of Rhode Island, Connecticut, Massachusetts, New Hampshire, and New York hired them to build mills. Between 1815 and 1820, power-loom weaving began to be commercially feasible, and this effort was led by firms in Rhode Island and, especially, in Massachusetts. Boston merchants, starting with the Boston Manufacturing Company at Waltham, devised a business plan which targeted large-scale, integrated cotton textile manufacturing, with a marketing/sales arm housed in a separate firm. They enlarged their effort significantly after 1820, and much of the impetus to the growth of the cotton textile industry came from the success entrepreneurs had in lowering the cost of production. https://eh.net/encyclopedia/the-roots-of-american-industrialization-1790-1860/.

Although the South had prosperous farms, it failed to build a deep and broad industrial infrastructure prior to 1860, because much of its economy rested on a slave agricultural system. In this economy, investments were heavily concentrated in slaves rather than in an urban and industrial infrastructure. Local and regional demand remained low across much of the South, because slaves were not able to freely express their consumption demands and population densities remained low, except in a few agricultural areas. Thus, the market thresholds for many manufactures were not met, and, if thresholds were met, the demand was insufficient to support more than a few factories. By the 1870s, when the South had recovered from the Civil War and its economy was reconstructed, eastern and midwestern industrialists had built strong positions in many manufactures. And, as new industries emerged, the northern manufacturers had the technological and organizational infrastructure and distribution channels to capture dominance in the new industries. https://eh.net/encyclopedia/the-roots-of-american-industrialization-1790-1860/.

Steven Deyle shows that in 1860, the value of the slaves was "roughly three times greater than the total amount invested in banks," and it was "equal to about seven times the total value of all currency in circulation in the country, three times the value of the entire livestock population, twelve times the value of the entire U.S. cotton crop and forty-eight times the total expenditure

of the federal government that year." As mentioned here in a previous column, the invention of the cotton gin greatly increased the productivity of cotton harvesting by slaves. This resulted in dramatically higher profits for planters, which in turn led to a seemingly insatiable increase in the demand for more slaves, in a savage, brutal and vicious cycle.

Now, the value of cotton: Slave-produced cotton "brought commercial ascendancy to New York City, was the driving force for territorial expansion in the Old Southwest and fostered trade between Europe and the United States," according to Gene Dattel. In fact, cotton productivity, no doubt due to the sharecropping system that replaced slavery, remained central to the American economy for a very long time: "Cotton was the leading American export from 1803 to 1937." Why Was Cotton 'King'? by Henry Louis Gates, Jr. | Originally posted on The Root. https://www.pbs.org/wnet/african-americans-many-rivers-to-cross/history/why-was-cotton-king/.

The value of a slave is actually the value of labor. In 1860, the average price of a prime male hand in New Orleans reached more than $1,800, an amount equal to $30,000 in 2015 dollars. Deyle, Steven, Carry Me Back: The Domestic Slave Trade in American Life.

According to conservative valuation by economic historians, the total value of all slave (labor) property in the South in 1860 was at least $3 billion.

Compare,



**Figure 1**
**The Value of the Stock of Slaves
in the United States, 1805-1860**

Source: Roger Ransom and Richard Sutch (1988: Table 3)
https://eh.net/encyclopedia/the-economics-of-the-civil-war/.

9

So the value of successive generation of slave (labor) value from 1790-1815 ($400 Million); 1815-1835 ($1billion) and; 1835-1860 ($3 billion) is $4.4 billion
So what is the present value of $4.4 billion, which is the value 3 generations of slave (labor) as reparation debt owed in 1865, using 5.32% US Treasury Bond interest rate in 1871, (see Shiller, R., U.S. Stock Price Data with Consumption, both short and Long Rates, 1871 to 2009. http://www.econ.yale.edu/~shiller/data.htm.

The value of the reparation debt doubles every 13.37 years period from 1865 to 2019 (154-years). Therefore value of the reparation debt will double 11.51 times.

(In billion)
Period 0: 4.4
Period 1: $8.8
Period 2: $17.6
Period 3: $35.2
Period 4: $70.4
Period 5: $140.8
Period 6: $281.6
Period 7: $563.2
Period 8: $1,126.4
Period 9: $2,252.8
Period 10: $4,505.6
Period 11: $9,011.2
Period 12: $18,022.4 (Year 2020)
Period 13: $36,044.8
Period 14: $72,089.6 (Year 2045)

AS OF THE YEAR 2020, THE VALUE OF SLAVE (LABOR) AS PART OF REPARATION DEBT IS **$13.51 TRILLION**

# Historical

Each historical will contain concrete meaningful historical fact in support of reparations.

Also reparations sought are for the acts committed by United State persons and governments; these reparations do not concern acts committed by Britain or France or African persons or governments. Therefore, US Reparations debt commence when United States commenced as a government on April 30, 1789, the inauguration of the first US executive government and president, George Washington.

1619 - 1775
As introduction, there will be historical for the period between August 23, 1619 when the first Africans were brought to the US and April 19, 1775 when the Revolution War began.

1775 – 1783

10

Then there will be historical during the War years and onto the end of the War on September 3, 1783.

1783 - 1789
Then there will be historical after the Revolution War was won, and events from September 3, 1783 onto the first inaugural on April 30, 1789.

1789 - 1861
Then there will be historical from when United States commenced as a government on April 30, 1789, the inauguration of the first US executive government  and president, George Washington and onto the collapse of the US with the beginning of the Civil War, April 12, 1861.

1861 – 1865
Then there will be historical during the Civil War, April 12, 1861 onto April 9, 1865.

1863 – 1877
There will be historical for the period of reconstruction, January 1, 1863 onto March 31, 1877.

1877 - 1965
There will be historical for the Jim Crow period.

# How to Pay Reparation for Uncompensated Slave Labor Debt

The value of unpaid slave labor as of 2045, 25-years from today, will be $72,089.6 billion.

The approximate annualized sum is $2,883.584 billion ($72,089.6 billion divided by 25-years).

All US publicly traded companies should contribute or taxed 10% of their annual profits (operating profit) toward compensation for reparation for unpaid slave labor, every year for 25-years.

Corporate profits of publicly traded companies in the United States plunged 14.2 percent in the first quarter of 2020, after rising 2.1 percent in the previous period, a preliminary estimate showed. It was the sharpest decline in corporate profits since the last quarter of 2008, amid the coronavirus crisis. Undistributed profits slumped by 52.3 percent to USD 265.2 billion and net cash flow with inventory valuation adjustment, the internal funds available to corporations for investment dropped by 10.8 percent to USD 2,220.4 billion. Meantime, net dividends rose by 1.4 percent to USD 1,371.6 billion. The total profits for all publicly traded companies in 2019 was $1,908.23 billion. https://tradingeconomics.com/united-states/corporate-profits.

Large US private companies also have massive economic heft, employing 4.7 million people worldwide and bringing in combined revenues of $1.7 trillion. That's up from $1.65 trillion a year ago, despite the fact that only 228 companies, one less than in 2018, made the list, which requires minimum revenues of $2 billion.

https://www.forbes.com/sites/andreamurphy/2019/12/17/americas-largest-private-companies-2019/#718ab1235261

Therefore, US largest private companies with minimum revenue of $2 billion and all US publicly traded companies will pay **$500 billion** (representing 10% of their operating profits) toward compensation for reparation for unpaid slave labor, every year for 25-years.

US Government will contribute and pay **$2,500 billion** every year for 25-years, toward compensation for reparation for unpaid slave labor, representing $5 for every $1 contributed by publicly traded and largest private US companies.

# Who will receive Reparation for Uncompensated Slave Labor Debt

A US citizen during the period of payment of reparation who is identified by DNA to be a descendant of a US slave. A descendant of a slave is a person whose ancestor was a slave in the United States.

# What will be received for Reparation for Uncompensated Slave Labor Debt

A US citizen who is a descendant of a US slave who is alive during the first year of payment of reparation, will receive tax free, **$75,000** a year, every year for 25-years.

12

A descendant of a slave will receive cash payment of **$75,000 a year, in two equal parts, first part on January 1[2] and the second part on Juneteenth[3], June 19**, adjusted for cost of living and inflation, every year during the 25-year period of reparation.

---

[2] Emancipation and Proclamation signed January 1, 1863. Transcript of Emancipation Proclamation (1863)

By the President of the United States of America:

A Proclamation.

Whereas, on the twenty-second day of September, in the year of our Lord one thousand eight hundred and sixty-two, a proclamation was issued by the President of the United States, containing, among other things, the following, to wit:

"That on the first day of January, in the year of our Lord one thousand eight hundred and sixty-three, all persons held as slaves within any State or designated part of a State, the people whereof shall then be in rebellion against the United States, shall be then, thenceforward, and forever free; and the Executive Government of the United States, including the military and naval authority thereof, will recognize and maintain the freedom of such persons, and will do no act or acts to repress such persons, or any of them, in any efforts they may make for their actual freedom.

"That the Executive will, on the first day of January aforesaid, by proclamation, designate the States and parts of States, if any, in which the people thereof, respectively, shall then be in rebellion against the United States; and the fact that any State, or the people thereof, shall on that day be, in good faith, represented in the Congress of the United States by members chosen thereto at elections wherein a majority of the qualified voters of such State shall have participated, shall, in the absence of strong countervailing testimony, be deemed conclusive evidence that such State, and the people thereof, are not then in rebellion against the United States."

Now, therefore I, Abraham Lincoln, President of the United States, by virtue of the power in me vested as Commander-in-Chief, of the Army and Navy of the United States in time of actual armed rebellion against the authority and government of the United States, and as a fit and necessary war measure for suppressing said rebellion, do, on this first day of January, in the year of our Lord one thousand eight hundred and sixty-three, and in accordance with my purpose so to do publicly proclaimed for the full period of one hundred days, from the day first above mentioned, order and designate as the States and parts of States wherein the people thereof respectively, are this day in rebellion against the United States, the following, to wit:

Arkansas, Texas, Louisiana, (except the Parishes of St. Bernard, Plaquemines, Jefferson, St. John, St. Charles, St. James Ascension, Assumption, Terrebonne, Lafourche, St. Mary, St. Martin, and Orleans, including the City of New Orleans) Mississippi, Alabama, Florida, Georgia, South Carolina, North Carolina, and Virginia, (except the forty-eight counties designated as West Virginia, and also the counties of Berkley, Accomac, Northampton, Elizabeth City, York, Princess Ann, and Norfolk, including the cities of Norfolk and Portsmouth[)], and which excepted parts, are for the present, left precisely as if this proclamation were not issued.

And by virtue of the power, and for the purpose aforesaid, I do order and declare that all persons held as slaves within said designated States, and parts of States, are, and henceforward shall be free; and that the Executive government of the United States, including the military and naval authorities thereof, will recognize and maintain the freedom of said persons.

And I hereby enjoin upon the people so declared to be free to abstain from all violence, unless in necessary self-defence; and I recommend to them that, in all cases when allowed, they labor faithfully for reasonable wages.

And I further declare and make known, that such persons of suitable condition, will be received into the armed service of the United States to garrison forts, positions, stations, and other places, and to man vessels of all sorts in said service.

---

And upon this act, sincerely believed to be an act of justice, warranted by the Constitution, upon military necessity, I invoke the considerate judgment of mankind, and the gracious favor of Almighty God.

In witness whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the City of Washington, this first day of January, in the year of our Lord one thousand eight hundred and sixty three, and of the Independence of the United States of America the eighty-seventh.

By the President: ABRAHAM LINCOLN
WILLIAM H. SEWARD, Secretary of State.

[3] Juneteenth (short for "June Nineteenth") is a holiday commemorating this day, which marked the effective end of slavery in the United States. https://www.history.com/news/what-is-juneteenth.

# EXHIBIT 5

$7.5

**From:** **Network Solutions** support@networksolutions.com
**Subject:** Your Network Solutions Order is Confirmed
**Date:** June 23, 2020 at 4:32 AM
**To:** NEgbarin@aol.com



# network
## solutions

# Order Confirmation

Thank you Nitor!

Your order has been processed

## Order Confirmation:

| | |
|---|---|
| Order Number | 1145534196 |
| Today's Charges | $113.97 |
| Credit Card | xxxxxxxxxxxx7067 |

## Ordered By:

| | |
|---|---|
| User ID | 41751972 |
| User Name | NEGBARIN |
| Credit Card Holder Name | Nitor V Egbarin |
| Account Number | 30693799 |
| Primary Contact | Nitor Egbarin |

## Order Summary:

| Service Description | Qty | Term** (Exp. Date) | Monthly Recurring Charges* | Today's Charges |
|---|---|---|---|---|
| Renewal of domain .COM 40ACRES1MULE.COM | 1 | 1 year(s) (2021-08-22) | $0.00 | $37.99 |

| Renewal of domain .COM 40ACRESAND1MULE.COM | 1 | 1 year(s) (2021-08-22) | $0.00 | $37.99 |
| Renewal of domain .COM JIMCROWDEBT.COM | 1 | 1 year(s) (2021-08-22) | $0.00 | $37.99 |

*There are no monthly recurring charges on products purchased on an annual term. You will be charged on an annual basis and will receive a reminder of renewal no less than 30 days before renewal occurs.

We recommend that you start by following the step-by-step instructions found in our short Setup Guide ( https://knowledge.web.com/support/Guide?kSA.0123 ) You will also find links to our Setup Guides from within Account Manager.

To start managing your services, **log in to your account.**

Best Regards,
The Network Solutions Team



# Need Assistance?

Call. 1-866-507-1946

**GET ONLINE SUPPORT**

Hours: 7:00 a.m. - Midnight ET 7 days a week

network
solutions

**For all services set or placed on auto-renew, we will automatically renew the service before expiration by utilizing your payment information on file in order to protect your service from interruption or deletion. For monthly services (or other similar billing cycle) you must contact us and/or turn off auto-renew in your account at least 30 days before expiration/renewal. For annual services, including but not limited to domain name registration, in order to prevent your

services from auto-renewing you must contact us and/or turn off auto-renew in your account at least 90 days before expiration/renewal. Renewals will be at the then-current rates and for the same term as the previous term unless another term is specified.

Please do not reply to this email. Replying to this email will not secure your services. Your services are subject to the terms and conditions set forth in our **Service Agreement** which you accepted at the time of purchase. Please note, in accordance with our **Privacy Policy**, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2020 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Parkway | Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company.

Network Solutions® and Web.com™ are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

# EXHIBIT 6

**From:** **Network Solutions** support@networksolutions.com
**Subject:** Your Refund Has Been Issued
**Date:** July 18, 2020 at 12:46 AM
**To:** NEgbarin@aol.com, yohan.santana@web.com





# network solutions

# **Refund Confirmation**

Hi Customer,

The refund you requested has been issued and a credit will be posted to your credit card account within 3-5 business days.

Below is a summary of the order associated with your refund

## Order Information:

| | |
|---|---|
| Purchase Order Number | 1149851318 |
| Purchase Amount | $75 98 |
| Refund Order Number | 1151364995 |
| Refund Amount | $30 00 |
| Credit Card | xxxxxxxxxxxx7067 |

## Order Confirmation:

| | |
|---|---|
| Ordered By | |
| User ID | 41751971 |
| User Name | Go Score |
| Account Number | 30693799 |
| Account Holder | Go Score |
| Primary Contact | Nitor Egbarin ( NEGBARIN ) |

## Order Summary:

| Service Description | Quantity |
|---|---|
| **domain .COM**<br>FORTYACRESONEMULE.COM | 1 |
| **domain .COM**<br>FORTYACRESANDONEMULE.COM | 1 |

If you have any questions or need assistance, please give us a call or get online support.

Best Regards,
The Network Solutions Team



# Need Assistance?

Call. 1-866-507-1946

**GET ONLINE SUPPORT**

Hours: 7:00 a.m. - Midnight ET, 7 days a week

network
solutions

Please do not reply to this email. Replying to this email will not secure your services. Your services are subject to the terms and conditions set forth in our **Service Agreement** which you accepted at the time of purchase. Please note, in accordance with our **Privacy Policy**, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2020 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Parkway | Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks

herein are the property of their respective owners.

# EXHIBIT 7

$E-17$

From: **Network Solutions** support@networksolutions.com
Subject: Your Network Solutions Order is Confirmed
Date: June 23, 2021 at 4:36 AM
To: NEgbarin@aol.com

NS

# network
solutions

# Order Confirmation

Thank you Nitor!

Your order has been processed

## Order Confirmation:

| | |
|---|---|
| Order Number | 1236375454 |
| Today's Charges | $75.98 |
| Credit Card | xxxxxxxxxxxx0960 |

## Ordered By:

| | |
|---|---|
| User ID | 41751972 |
| User Name | NEGBARIN |
| Credit Card Holder Name | Nitor V Egbarin |
| Account Number | 30693799 |
| Account Holder | Go Score |
| Primary Contact | Nitor Egbarin |

## Order Summary:

| Service Description | Qty | Term** (Exp. Date) | Monthly Recurring Charges* | Today's Charges |
|---|---|---|---|---|
| Renewal of **domain .COM** 40ACRES1MULE.COM | 1 | 1 year(s) (2022-08-22) | $0.00 | $37.99 |

| | | | | |
|---|---|---|---|---|
| Renewal of **domain .COM** 40ACRESAND1MULE.COM | 1 | 1 year(s) (2022-08-22) | $0.00 | $37.99 |

*There are no monthly recurring charges on products purchased on an annual term. You will be charged on an annual basis and will receive a reminder of renewal no less than 30 days before renewal occurs.

We recommend that you start by following the step-by-step instructions found in our short Setup Guide ( https://knowledge.web.com/subjects/article?KA-01131 ). You will also find links to our Setup Guides from within Account Manager.

To start managing your services, **log in to your account.**

Best Regards,
The Network Solutions Team



# Need Assistance?

Call: 1-866-507-1946

**GET ONLINE SUPPORT**

## Hours: 7:00 a.m. - Midnight ET, 7 days a week

network
solutions

**For all services set or placed on auto-renew, we will automatically renew the service before expiration by utilizing your payment information on file in order to protect your service from interruption or deletion. For monthly services (or other similar billing cycle) you must contact us and/or turn off auto-renew in your account at least 30 days before expiration/renewal. For annual services, including but not limited to domain name registration, in order to prevent your services from auto-renewing you must contact us and/or turn off auto-renew in your account at least 90 days before expiration/renewal. Renewals will be at the then-current rates and for the same term as the previous term unless another term is specified.

Please do not reply to this email. Replying to this email will not secure your services. Your services are subject to the terms and conditions set forth in our **Service Agreement**, which you accepted at the time of purchase. Please note, in accordance with our **Privacy Policy**, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2021 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Parkway | Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company.

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

# EXHIBIT 8

Ex. 8

**From:** **Network Solutions** support@networksolutions.com
**Subject:** Your Refund Has Been Issued
**Date:** June 24, 2021 at 12:45 AM
**To:** NEgbarin@aol.com



# network
# solutions

# **Refund Confirmation**

Hi Nitor,

The refund you requested has been issued and a credit will be posted to your credit card account within 3-5 business days.

Below is a summary of the order associated with your refund:

## Order Information:

| | |
|---|---|
| Purchase Order Number: | 1236375454 |
| Purchase Amount: | $75.98 |
| Refund Order Number | 1236569257 |
| Refund Amount: | $16.00 |
| Credit Card: | xxxxxxxxxxxx0960 |

## Order Confirmation:

| | |
|---|---|
| Ordered By: | |
| User ID: | 41751971 |
| User Name: | Go Score |
| Account Number: | 30693799 |
| Account Holder | Go Score |
| Primary Contact | Nitor Egbarin ( NEGBARIN ) |

## Order Summary:

Quantity        1

Service Description

**domain .COM**
40ACRES1MULE COM

If you have any questions or need assistance, please give us a call or get online support

Best Regards.
The Network Solutions Team

# Need Assistance?

Call 1-866-507-1946

**GET ONLINE SUPPORT**



Hours: 7:00 a.m. - Midnight ET, 7 days a week

network
solutions

Please do not reply to this email. Replying to this email will not secure your services. Your services are subject to the terms and conditions set forth in our **Service Agreement** when you accepted at the time of purchase. Please note in accordance with our **Privacy Policy** we will continue to send you notices and other important information affecting your account or services in order to fulfil our obligations to you

©2021 by Network Solutions LLC All Rights Reserved 5335 Gate Parkway | Jacksonville, FL 32256
Network Solutions® is a Web com Group Inc company

Network Solutions® and Web com® are registered trademarks of Web com Group, Inc All other registered trademarks herein are the property of their respective owners

Ex. 8

**From: Network Solutions** support@networksolutions.com
**Subject:** Your Refund Has Been Issued
**Date:** June 24, 2021 at 12:45 AM
**To:** NEgbarin@aol.com



# network
# solutions

# Refund Confirmation

Hi Nitor,

The refund you requested has been issued and a credit will be posted to your credit card account within 3-5 business days.

Below is a summary of the order associated with your refund:

## Order Information:

| | |
|---|---|
| Purchase Order Number | 1236375454 |
| Purchase Amount | $75.98 |
| Refund Order Number | 1236569257 |
| Refund Amount | $16.00 |
| Credit Card | xxxxxxxxxxxx0960 |

## Order Confirmation:

Ordered By:

| | |
|---|---|
| User ID | 41751971 |
| User Name | Go Score |
| Account Number | 30693799 |
| Account Holder | Go Score |
| Primary Contact | Nitor Egbarin ( NEGBARIN ) |

## Order Summary:

| Service Description | Quantity |
|---|---|
| **domain .COM** | 1 |
| 40ACRES1MULE COM | |

If you have any questions or need assistance, please give us a call or get online support

Best Regards,
The Network Solutions Team



# Need Assistance?

Call 1-866-507-1946

**GET ONLINE SUPPORT**

## Hours: 7:00 a.m. - Midnight ET, 7 days a week

network
solutions

Please do not reply to this email. Replying to this email will not secure your services. Your services are subject to the terms and conditions set forth in our **Service Agreement**, which you accepted at the time of purchase. Please note, in accordance with our **Privacy Policy**, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2021 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Parkway | Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

# EXHIBIT 9



**From:** **Network Solutions** support@networksolutions.com
**Subject:** Your Refund Has Been Issued
**Date:** June 24, 2021 at 12:46 AM
**To:** NEgbarin@aol.com

network
solutions

# Refund Confirmation

Hi Nitor.

The refund you requested has been issued and a credit will be posted to your credit card account within 3-5 business days.

Below is a summary of the order associated with your refund:

## Order Information:

| | |
|---|---|
| Purchase Order Number | 1236375454 |
| Purchase Amount | $75.98 |
| Refund Order Number | 1236569562 |
| Refund Amount | $16.00 |
| Credit Card | xxxxxxxxxxxx0960 |

## Order Confirmation:

Ordered By:

| | |
|---|---|
| User ID | 41751971 |
| User Name | Go Score |
| Account Number | 30693799 |
| Account Holder | Go Score |
| Primary Contact | Nitor Egbarin ( NEGBARIN ) |

## Order Summary:

| Service Description | Quantity |
|---|---|
| **domain .COM**<br>40ACRESAND1MULE.COM | 1 |

If you have any questions or need assistance, please give us a call or get online support.

Best Regards,
The Network Solutions Team



## Need Assistance?

Call 1-866-507-1946

**GET ONLINE SUPPORT**

Hours: 7:00 a.m. - Midnight ET, 7 days a week

network
solutions

Please do not reply to this email. Replying to this email will not secure your services. Your services are subject to the terms and conditions set forth in our **Service Agreement**, which you accepted at the time of purchase. Please note, in accordance with our **Privacy Policy**, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2021 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Parkway | Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company.

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

# EXHIBIT 10



**From:** Network Solutions support@networksolutions.com
**Subject:** Your Network Solutions Order is Confirmed
**Date:** October 5, 2021 at 3:05 PM
**To:** NEgbarin@aol.com

$\Sigma 7 \cdot 1^0$

# network
## solutions

# Order Confirmation

Thank you Nitor!

Your order has been processed.

## Order Confirmation:

Order Number         1257601396
Today's Charges      $74.43
Credit Card          xxxxxxxxxxxx0960

## Ordered By:

User ID                    41751972
User Name                  NEGBARIN
Credit Card Holder Name    Nitor V Egbann
Account Number             30693799
Account Holder:            Go Score
Primary Contact:           Nitor Egbann

## Order Summary:

| Service Description | Qty | Term** (Exp Date) | Monthly Recurring Charges* | Today's Charges |
|---|---|---|---|---|
| SSL Certificate (Xpress) | 1 | 1 year(s) (2022-10-05) | $0.00 | $69.99 |

$4 44

Sales Tax

'There are no monthly recurring charges on products purchased on an annual term. You will be charged on an annual basis and will receive a reminder of renewal no less than 30 days before renewal occurs

**SSL Certificates purchased for more than a one (1) year term must be re-validated annually

To start managing your services, **log in to your account.**

Best Regards.
The Network Solutions Team



## Need Assistance?

Call: 1-866-507-1946

**GET ONLINE SUPPORT**

Hours: 7:00 a.m. - Midnight ET, 7 days a week

network
solutions

**For all services set or placed on auto-renew, we will automatically renew the service before expiration by utilizing your payment information on file in order to protect your service from interruption or deletion. For monthly services (or other similar billing cycle) you must contact us and/or turn off auto-renew in your account at least 30 days before expiration/renewal. For annual services, including but not limited to domain name registration, in order to prevent your services from auto-renewing you must contact us and/or turn off auto-renew in your account at least 90 days before expiration/renewal. Renewals will be at the then-current rates and for the same term as the previous term unless another term is specified

Please do not reply to this email. Replying to this email will not secure your services. Your services are subject to the terms and conditions set forth in our **Service Agreement** which you accepted at the time of purchase. Please note in accordance with our **Privacy Policy** we will continue to send you notices and other important information affecting your account or

services in order to fulfill our obligations to you

©2021 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Parkway | Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

# EXHIBIT 11

Σ⊣ (/



**From:** **Network Solutions** support@networksolutions.com
**Subject:** Confirmation of DNS Change
**Date:** April 7, 2022 at 2:41 AM
**To:** NEgbarin@aol.com, bappy.phase3@gmail.com, amit@4biz360.com

# network
# solutions

# **Account Update**

Dear Customer

We received a request from a contact associated with your account to change the domain name servers (DNS) for the domain name listed below. We have made the requested change, as described below

Order Number:    1290292773
User ID:    BAPPY.PHASE3@GMAIL.COM

**Domain Name:**40ACRES1MULE.COM

**New DNS Name Servers:**
NS1.PHASE3SOLUTION.COM:
NS2.PHASE3SOLUTION.COM:

Please understand that a DNS change could affect the way your domain name resolves to a particular Web site. If you believe someone requested this information without your consent, please give us a call at 1-866-507-1946.

Best Regards,
**Network Solutions® Customer Support**



## Need Assistance?



network
solutions

Please do not reply to this email. Replying to this email will not secure your services. Your services are subject to the terms and conditions set forth in our **Service Agreement** which you accepted at the time of purchase. Please note, in accordance with our **Privacy Policy**, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2022 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Parkway | Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company.

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

# EXHIBIT 12

$\text{\textit{SA. }} 12$

**From:** **Network Solutions** support@networksolutions.com
**Subject:** Your Network Solutions Order is Confirmed
**Date:** June 23, 2022 at 4:57 AM
**To:** NEgbarin@aol.com



# EXHIBIT 13

EX. 13

**From:** **Network Solutions** support@networksolutions.com
**Subject:** Your Refund Has Been Issued
**Date:** June 24, 2022 at 1:18 AM
**To:** NEgbarin@aol.com



# EXHIBIT 14

6:55 ✈                                          ⊡ ᵼ ▭ᵼ    £7.14

< ⑪    Your Network Soluti... ∧ ∨

# Order Confirmation

Thank you Nitor!

Your order has been processed.

## Order Confirmation:

Order Number: 1298112039
Today's Charges: $85.98
Credit Card: xxxxxxxxxxxx0960

## Ordered By:

User ID: 41751972
User Name: NEGBARIN
Credit Card Holder Name: Nitor V Egbarin
Account Number: 30693799
Account Holder: Go Score
Primary Contact: Nitor Egbarin

## Order Summary:

| Service Description | Qty | Term** (Exp. Date) | Monthly Recurring Charges* | Today's Charges |
|---|---|---|---|---|
| Renewal of domain .COM 40ACRES1MULE.COM | 1 | 1 year(s) (2023-08-22) | $0.00 | $42.99 |
| Renewal of domain .COM 40ACRESAND1MULE.COM | 1 | 1 year(s) (2023-08-22) | $0.00 | $42.99 |

* There are no monthly recurring charges on products purchased on an annual term. You will be charged on an annual basis and will receive a reminder of renewal no less than 30 days before renewal occurs.

We recommend that you start by following the step-by-step instructions found in our short Setup Guide ( https://customerservice.networksolutions.com/aeweb?PRAuth/webkb/help.article/KC-495-network-solutions ). You will also find links to our Setup Guides from within Account Manager.

To start managing your services, **log in to your account.**

         

# EXHIBIT 15

$EY.15

From: **Nitor Egbarin** nitoregbarin@gmail.com 🖇
Subject: Screenshot 2022-08-03 at 4.21.37 PM for Credit Card ending 0960
Date: August 3, 2022 at 4:22 PM
To: Nitor Egbarin nitoregbarin@gmail.com





4:21

# Transactions

**July 7**
Utilities

**June 29**

## Adobe Systems                    $15.94 >
Merchandise

**June 25**

## WEB*NETWORKSOLUTIONS          –$32.99 >
Other Services

**June 24**

## WEB*NETWORKSOLUTIONS           $85.98 >

Other Services

June 20

# RMG*REGUS

Other Services

$379.34 >

# LAW360

Other Services

$58.91 >

# LAW360

Other Services

$8.41 >

June 17


Home


Help


Profile

Nitor Egbarin
Law Office of Nitor V. Egbarin, LLC
100 Pearl Street, 14TH Floor
Hartford, Connecticut 06103
Tel: 860-249-7180
Fax: 860-408-1471
Cell: 860-680-1448
Email: Nitor@Egbarin.com

NOTICE OF CONFIDENTIALITY This e-mail (including attachments) is covered by the Electronic Communications Privacy Act 18 U.S.C. Sec 2510-2521 and is confidential. This confidential transmission may include attorney-client privilege, attorney work product, privileged medical, psychiatric, and/or drug treatment information intended only for the recipient(s) names above. If you are not the intended recipient, reading, disclosure, discussion, dissemination, distribution or copying of this information by anyone other than the intended recipient or their legal agent(s) is strictly prohibited. In compliance with regulations issued by the Internal Revenue Service, we inform you that any Federal tax advice obtained in this communication, including any attachments, was not prepared to be used

we inform you that any Federal tax advice obtained in this communication, including any attachments, was not prepared to be used and may not be used by any person to avoid any penalties under the Internal Revenue Code. Nothing in this communication is intended to constitute a waiver of any privilege or the confidentiality of this message.

If you have received this in error, please notify Law Office of Nitor V. Egbarin, LLC by e-mail and/or telephone at 860-680-1448 and delete the original message and any copy of it from your system. Also, this firm accepts no responsibility for any loss or damage from the use of this message and/or any attachments, including damage from viruses. Thank you.

# EXHIBIT 16

EY16

The domain 40acres1mule.com may be for sale.
Please click here to inquire

# 40acres1mule.com

Related Searches:

▶ **real estate**

▶ **apartment for rent**

▶ **personals**

▶ **cheap airfare**

▶ **vacation packages**

▶ **vegas vacation**

🔒 40acres1mule.com

# EXHIBIT 17

Ex.17

**From:** support@networksolutions.com ✒
**Subject:** Network Solutions Customer Support [OEML-222252]
**Date:** July 15, 2022 at 7:41 AM
**To:** NEgbarin@aol.com

## network
## solutions

Dear Nitor,

Thank you for contacting Network Solutions. We are committed to creating the best experience you.

This message is to let you know that the issue you reported to Network Solutions has been reviewed.

S-1983859 . This will be your ticket number.

Please accept our apologies for any inconvenience this may have caused.

I hope this information has been helpful. We appreciate your business!

For questions, please visit our online support center at https://help.networksolutions.com

.

Kind Regards,
Philip Z
Customer Support

## network
## solutions

Your services are subject to the terms and conditions set forth in our **Service Agreement**, which you accepted at the time of purchase. Pl ease, in accordance with our **Privacy Policy**, we will continue to send you notices and other important information affecting your account  services in order to fulfil our obligations to you

©2022 by Network Solutions, LLC  All Rights Reserved  5335 Gate Parkway | Jacksonville, FL 32256
Network Solutions™ is a Web.com Group, Inc. company

Network Solutions™ and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the pro of their respective owners

# EXHIBIT 18



**From:** **Nitor Egbarin** negbarin@aol.com ✏
**Subject:** Fw: Network Solutions Customer Support [OEML-222252]
**Date:** July 15, 2022 at 7:52 AM
**To:** Amit Chowdhury chowdhuryone@gmail.com, Amit Chowdhury amit@4biz360.com

Hi Amit, see below for email from Network Solutions.

I just got off the phone with network Solutions. The agent I spoke to is Philip. He is working out of the office in Philippines. He explained that when they processed the price adjustment from $42.99 to $21.99 for the renewal, the agent mistakenly rolled back the expiration to June 23, 2022 even though the domain due to expire in August 2022. He said the agent forgot to change the date to August 2023 after he charged the correct renewal fee of $21.99. Because of the roll back and failure to change the date to August 2023, the domain was placed on their deleted list! Someone then automatically grabbed the domain and registered it under the name of the company in Pennsylvania. Philip then created a ticket, reference # S1983859 to expedite the recovery of the domain.
I told Philip I plan to file a claim with their legal department for damages.

Sent from the all new AOL app for iOS

On Friday, July 15, 2022, 7:41 AM, support@networksolutions.com <support@networksolutions.com> wrote:

## network
## solutions

Dear Nitor,

Thank you for contacting Network Solutions. We are committed to creating the best experience for you.

This message is to let you know that the issue you reported to Network Solutions has been reviewed.

S-1983859 . This will be your ticket number.

Please accept our apologies for any inconvenience this may have caused.

I hope this information has been helpful. We appreciate your business!

For questions, please visit our online support center at https://help.networksolutions.com

.

Kind Regards,
Philip Z
Customer Support

## network
## solutions

Your services are subject to the terms and conditions set forth in our **Service Agreement**, which you accepted at the time of purchase. Please note in accordance with our **Privacy Policy**, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2022 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Parkway, Jacksonville FL 32256
Network Solutions® is a Web.com Group, Inc. company.

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.



solutions

# EXHIBIT 19

EX 19



If we are true to our Declaration that "We hold
these Truths to be self-evident, that all Men are
created equal, that they are endowed by their
Creator with certain unalienable Rights, that
among these are Life, Liberty, and the Pursuit of
Happiness...." then we must restore to our people
whose "Inalienable Rights" to Life, Liberty and
Pursuit of Happiness" we took or allowed to be
taken from them without their consent or just
cause. To restore these "Inalienable Rights" which
we took or allowed to be taken from our people
without their consent or just cause, we must pay
the reparations debt we owe to them by giving
their descendants their inheritances that would

State Marshal Kenneth Lombardi
1 Huntington Street, Suite 141
Shelton, CT 06484

**RECEIVED**

AUG 3 0 2022

BY: _____

CERTIFIED MAIL

7019 2280 0000 3336 2354

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 2280 0000 3336 2354

Web.Com Group Inc
% Secretary
5335 Gate Parkway
Jacksonville FL 32256-5070

3/c

U.S. POSTAGE PAID
SHELTON, CT
06484
AUG 25, 22
AMOUNT

$19.00

1004    32256    R2305K142899

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 20 FRANKLIN SQUARE, NEW BRITAIN, CT 06051 | ( 860 ) 515-5180 | September | 27, 2022 |
| | | Month | Day | Year |

| ☒ Judicial District | G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| ☐ Housing Session | Number: | NEW BRITAIN | Major: T    Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| NITOR V. EGBARIN, Law Office of Nitor V. Egbarin, LLC, 100 Pearl Street, 14th Fl, HTD CT 06103 | 307155 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 860 ) 249-7180 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes   ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) NEGBARIN@AOL.COM |
|---|---|---|

| Number of Plaintiffs: 2 | Number of Defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: 40 ACRES & 1 Mule, LLC<br>Address: Agent For Service, Cogency Global Inc., 850 New Burton Road, Suite 201, Dover, DE 19904 | P-01 |
| Additional Plaintiff | Name: Go Score, LLC<br>Address: 28 Ely Place, Simsbury, CT 06070 | P-02 |
| First Defendant | Name: NETWORK SOLUTIONS, LLC<br>Address: 12808 Gran Bay Parkway, West, Jacksonville, Florida 32258 | D-01 |
| Additional Defendant | Name: WEB.COM GROUP, INC<br>Address: 5335 Gate Parkway Jacksonville, Florida 32256-3070 | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left NITOR V. EGBARIN | Date signed 08/19/2022 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

| | |
|---|---|
| (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters) | (f) Proceedings pertaining to arbitration |
| (b) Summary Process actions | (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought |
| (c) Applications for change of name | (h) Entry and Detainer proceedings |
| (d) Probate appeals | (i) Housing Code Enforcement actions |
| (e) Administrative appeals | |

---

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

---

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 90 | All other | | | |
| Eminent Domain | E 00 | State Highway Condemnation | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 20 | Other State or Municipal Agencies | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 12 | Defective Premises - Public - Other |
| | E 90 | All other | | T 20 | Products Liability - Other than Vehicular |
| | | | | T 28 | Malpractice - Medical |
| Miscellaneous | M 00 | Injunction | | T 29 | Malpractice - Legal |
| | M 10 | Receivership | | T 30 | Malpractice - All other |
| | M 20 | Mandamus | | T 40 | Assault and Battery |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | T 50 | Defamation |
| | | | | T 61 | Animals - Dog |
| | M 40 | Arbitration | | T 69 | Animals - Other |
| | M 50 | Declaratory Judgment | | T 70 | False Arrest |
| | M 63 | Bar Discipline | | T 71 | Fire Damage |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | T 90 | All other |
| | M 68 | Bar Discipline - Inactive Status | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 05 | Motor Vehicles* - Property Damage only |
| | | | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 83 | Small Claims Transfer to Regular Docket | | V 09 | Motor Vehicle* - All other |
| | M 84 | Foreign Protective Order | | V 10 | Boats |
| | M 90 | All other | | V 20 | Airplanes |
| | | | | V 30 | Railroads |
| Housing | H 10 | Housing - Return of Security Deposit | | V 40 | Snowmobiles |
| | H 12 | Housing - Rent and/or Damages | | V 00 | All other |
| | H 40 | Housing - Audita Querela/Injunction | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | H 50 | Housing - Administrative Appeal | | | |
| | H 60 | Housing - Municipal Enforcement | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | H 90 | Housing - All Other | | W 90 | All other |

JD-CV-1   Rev. 4-16 (Back/Page 2)

(Page 2 of 2)

# REDLINED UNSERVED SUMMONS

**SUMMONS - CIVIL**
JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 20 FRANKLIN SQUARE, NEW BRITAIN, CT 06051 | ( 860 )515-5180 | September 27, 2022<br>Month  Day  Year |

| ☒ Judicial District  ☐ G.A. | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* |
|---|---|---|
| ☐ Housing Session    Number: | NEW BRITAIN | Major: T   Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| NITOR V. EGBARIN, Law Office of Nitor V. Egbarin, LLC, 100 Pearl Street, 14th Fl, HTD CT 06103 | 307155 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 860 ) 249-7180 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes   ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)*<br>NEGBARIN@AOL.COM |
|---|---|---|

| Number of Plaintiffs: 2 | Number of Defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|---|
| First Plaintiff | Name: | 40 ACRES & 1 Mule, LLC | P-01 |
| | Address: | Agent For Service, Cogency Global Inc., 850 New Burton Road, Suite 201, Dover, DE 19904 | |
| Additional Plaintiff | Name: | Go Score, LLC | P-02 |
| | Address: | 28 Ely Place, Simsbury, CT 06070 | |
| First Defendant | Name: | NETWORK SOLUTIONS, LLC | D-01 |
| | Address: | Agent For Service: Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 | |
| Additional Defendant | Name: | WEB.COM GROUP, INC | D-02 |
| | Address: | Agent For Service: Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 | |
| Additional Defendant | Name: | | D-03 |
| | Address: | | |
| Additional Defendant | Name: | | D-04 |
| | Address: | | |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>NITOR V. EGBARIN | Date signed<br>08/19/2022 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

    (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
    (b) Summary Process actions
    (c) Applications for change of name
    (d) Probate appeals
    (e) Administrative appeals

    (f) Proceedings pertaining to arbitration
    (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
    (h) Entry and Detainer proceedings
    (i) Housing Code Enforcement actions

> ### ADA NOTICE
> The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

JD-CV-1   Rev. 4-16 (Back/Page 2)

(Page 2 of 2)

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via regular mail, postage prepaid on

September 7, 2022, to counsel and pro se parties of record as follows:

Network Solutions, LLC,
12808 Gran Bay Parkway, West
Jacksonville,
Florida, 32258

Network Solutions, LLC,
5335 Gate Parkway
Jacksonville,
Florida, 32256-3070

Web.com Group, Inc
5335 Gate Parkway
Jacksonville,
Florida, 32256-3070

/s/307155_____
Nitor Egbarin

CERTIFIED MAIL

Law Office
Alan N. Epstein

100 PEARL STREET, FOURTEENTH FLOOR
HARTFORD, CONNECTICUT 06103-4506

7022 0410 0000 5980 0979

32256-307125

U.S. POSTAGE PAID
FCM LETTER
SIMSBURY, CT
06070
SEP 08, 22
AMOUNT
$4.84
R2304M116144                    .07

1000

32256

Web.Com Group, Inc
5335 Gate parkway
Jacksonville Florida 32256-3070

RECEIVED
SEP 14 2022
BY: